UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

I. Mark Cohen Law Group
Jonathan Goldmsith Cohen, Esq.
1 Executive Drive, Suite 6
Tinton Falls, New Jersey 07701
(732) 741-9500/(732) 741-0226 (Fax)
jgc@imclawgroup.com
Attorney for Debtor

Order Filed on April 21, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    JAMES K. RASMUSSEN,

                      Debtor.

Case No.: 17-11936
Hearing Date: 
Chapter: 13
Judge: CMG

## ORDER AUTHORIZING PURCHASE
## OF REAL PROPERTY

Recommended Local Form:   ☒ Followed    ☐ Modified

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: April 21, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to purchase the real property commonly known as __1246 Hamilton Court B, Lakewood_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to purchase the Real Property on the terms and conditions of the contract of sale.