Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–11936–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  James K. Rasmussen
  50 Warren Place
  Middletown, NJ 07748

Social Security No.:
  xxx–xx–3970

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

      NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:        5/19/21
Time:        12:00 PM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

      The following applications for compensation have been filed:

APPLICANT(S)
Mark Cohen, Attorney

COMMISSION OR FEES
Fees: $2,885.34

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☑      will not reduce the amount to be paid to general unsecured
       creditors under the plan.

☐      will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

      An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 23, 2021
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 17-11936-CMG

James K. Rasmussen                                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                      Page 1 of 3
Date Rcvd: Apr 23, 2021                       Form ID: 137                                      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

##            Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by
              the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was
              undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James K. Rasmussen, 50 Warren Place, Middletown, NJ 07748-1033 |
| aty | + | Jonathan Goldsmith Cohen, I. Mark Cohen Law Group, 1 Executive Drive, Suite 6, Tinton Falls, NJ 07712-3825 |
| r | + | Jennifer Stoner, Re/Max Bay Point Realtors, 526 Bay Ave., Point Pleasant Beach, NJ 08742-2533 |
| sp | + | Mark Cohen, 1 Executive Drive, Suite 6, Tinton Falls, NJ 07701-4938 |
| op | + | William A. Wenzel, Law Offices of William A. Wenzel, 707 Union Avenue, Suite 103, Brielle, NJ 08730-1470 |
| 516784237 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516686815 | | Lifestyle Holidays Vacation Club, Ave. Lope de Vega No. 19, Edificio Piisa, Suite 400, Santo Domingo , Dominican Republic |
| 516622167 | + | Lifestyle Holidays Vacation Club, 1111 Brickell Ave, Ste 3010, Miami, FL 33131-3129 |
| 516686813 | + | Lifestyle Holidays Vacation Club, c/o International Escrow Agency, Banco Sabadell Miami Branch, 1111 Brickell Avenue 30th floor, Miami, FL 33131-3112 |
| 516686814 | | Lifestyle Holidays Vacation Club, Lifestyle Tower, Cofresi Beach #1, Puerto Plata, Dominican Republic |
| 516622169 | + | Myriad Emergency Physician LLC, 1140 Route 72 W, Manahawkin, NJ 08050-2412 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 23 2021 22:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 23 2021 22:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516622162 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 23 2021 22:58:53 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 516622163 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 23 2021 22:34:00 | Comenity Capital Bank/HSN, Po Box 182125, Columbus, OH 43218-2125 |
| 516771775 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 23 2021 22:36:00 | Hyundai Capital America DBA, Hyundai Motor Finance, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 516622164 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Apr 23 2021 22:36:00 | Hyundai Finc, Attn: Bankruptcy, Po Box 20809, Fountain City, CA 92728-0809 |
| 516622165 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 23 2021 22:33:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 516622161 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 23 2021 22:55:49 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 516751164 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2021 22:57:31 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516622166 | + | Email/Text: bk@lendingclub.com | Apr 23 2021 22:35:00 | Lending Club Corp, 71 Stevenson St, Suite 300, |

District/off: 0312-3            User: admin            Page 2 of 3

Date Rcvd: Apr 23, 2021            Form ID: 137            Total Noticed: 25

| Recip ID | Notice Type | Date/Time Sent | Name and Address |
|---|---|---|---|
| | | | San Francisco, CA 94105-2985 |
| 516704795 | Email/Text: bnc-quantum@quantum3group.com | Apr 23 2021 22:34:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516764695 | + Email/Text: bankruptcyteam@quickenloans.com | Apr 23 2021 22:35:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 516622170 | + Email/Text: bankruptcyteam@quickenloans.com | Apr 23 2021 22:35:00 | Quickn Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 516653615 | + Email/PDF: gecsedi@recoverycorp.com | Apr 23 2021 22:57:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516622160 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516771787 | *+ | Hyundai Capital America DBA, Hyundai Motor Finance, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 516622168 | *+ | Lifestyle Holidays Vacation Club, 1111 Brickell Ave, Ste 3010, Miami, FL 33131-3129 |
| 516686812 | *+ | Lifestyle Holidays Vacation Club, 1111 Brickell Ave, Ste 3010, Miami, FL 33131-3129 |
| 516622159 | ##+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2021        Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor James K. Rasmussen imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS INC. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3                                    User: admin                                         Page 3 of 3
Date Rcvd: Apr 23, 2021                          Form ID: 137                               Total Noticed: 25
TOTAL: 6