UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

I. MARK COHEN LAW GROUP
Jonathan Goldsmith Cohen, Esq.
1 Executive Drive, Suite 6
Tinton Falls, NJ 07701
T: 732-741-9500
F: 732-741-0226
E: JGC@imclawgroup.com

In Re:

JAMES K. RASMUSSEN,

                Debtor.

Case No.:  17-11936

Hearing Date:  5/19/2021

Judge:  CMG

Chapter:  13

## ORDER GRANTING ALLOWANCES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: May 20, 2021**

*[signature]*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| I. Mark Cohen, Esq.<br>Special Counsel | $2,885.34 | $0.00 |

**(Page 3)**

Debtor:       James K. Rasmussen

Docket No:    17-11936

It is further **ORDERED** that I. Mark Cohen, Esq. be paid outside of the Chapter 13 Plan as an administrative priority.

There is no modification to the debtor's monthly plan required to allow for payment of this fee.

United States Bankruptcy Court

District of New Jersey

In re:  
James K. Rasmussen  
    Debtor

Case No. 17-11936-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: May 20, 2021     Form ID: pdf903     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James K. Rasmussen, 50 Warren Place, Middletown, NJ 07748-1033 |
| aty | + | Jonathan Goldsmith Cohen, I. Mark Cohen Law Group, 1 Executive Drive, Suite 6, Tinton Falls, NJ 07712-3825 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor James K. Rasmussen imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS INC. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: May 20, 2021 Form ID: pdf903 Total Noticed: 2
TOTAL: 6